UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO: 5:07-CR-288-1F

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| vs. | ) | ORDER GRANTING |
| | ) | EARLY TERMINATION |
| | ) | OF PROBATION |
| HARRY LEE CARPENTER, | ) | |
| Defendant. | ) | |

It is hereby ordered, adjudged, and decreed that the above referenced defendant's probation of five years be terminated as of today's date due to his full compliance with all probationary terms.

SO ORDERED.

This the 12th day of August, 2011.

_____
JAMES C. FOX
Senior United States District Judge